```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :   INDICTMENT

          - v. -                    :   07 Cr.

DANNY VESTAL,                       :
     a/k/a "Danny J. Vestal,"
     a/k/a "James Puddgie,"         :   07CRIM1180
     a/k/a "Rhino Nestal,"
     a/k/a "James J. Curry,"        :

                    Defendant.      :

- - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

On or about August 28, 2007, in the Southern District of New York and elsewhere, DANNY VESTAL, a/k/a "Danny J. Vestal," a/k/a "James Puddgie," a/k/a "Rhino Nestal," a/k/a "James J. Curry," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about January 28, 1985, in New York Supreme Court, New York County, for attempted criminal sale of a controlled substance in the fifth degree, in violation of New York Penal Law 220.31, unlawfully, willfully, and knowingly, did possess in and affecting commerce, three firearms, to wit, a nine millimeter IMEZ Makarov semi-automatic pistol, a 25 caliber Raven Arms semi-automatic pistol, and a nine millimeter KURZ (380 Auto)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 4 2007

Erma semi-automatic pistol, that previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DANNY VESTAL,
a/k/a "Danny J. Vestal,"
a/k/a "James Puddgie,"
a/k/a "Rhino Nestal,"
a/k/a "James J. Curry,"

Defendant.

INDICTMENT

07 Cr.

(Title 18, United States Code,
Section 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]* Foreperson.

*[handwritten: 12/14/07 Filed Indictment. Case assigned to Judge Crotty. s/Mag J Katz]*