```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 8 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                     :

      v.                                                      :

DANNY VESTAL,                                         :
     a/k/a "Danny J. Vestal"
     a/k/a "James Puddgie"                   :
     a/k/a "Rhino Nestal"
     a/k/a "James J. Curry"                    :

           Defendant.                          :
------------------------------------------------------------X

07 Cr. 1180 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge

Based upon reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect which impairs his ability to understand the nature and consequences of the proceedings against him and his ability to conduct or assist properly in his case, it is hereby:

ORDERED, pursuant to Title 18, United States Code, Section 4241, that a neurological and neuropsychological examination of the defendant be conducted, at the expense of the Government, to be coordinated by Pretrial Services, and that a report of such examination be filed with the Court, with copies provided to defense counsel and the Government, pursuant to Title 18, United States Code, Section 4247(b) and (c).

Dated: New York, New York
       May 8, 2008

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge