P52309

## REQUEST FOR COURT DIRECTION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 5 2008

TO:      Honorable PAUL A. CROTTY
         United States District Judge

FROM:    Geoffrey P. Steele
         Supervising U.S. Probation Officer

RE:      Danny Vestal
         07 CR 1180 (PAC)

DATE:    May 14, 2008

---

On May 6, 2008, the defendant pled guilty to Felon in Possession of a Firearm in violation of 18 USC 922(g) and a presentence investigation report was ordered. Sentencing is scheduled for August 5, 2008.

On May 8, 2008, Your Honor ordered that Mr. Vestal undergo a neurological and psychological evaluation, at the expense of the Government, and to be coordinated by Pretrial Services. This report is to be filed with the Court, and copied to both counsels. It is our understanding that the purpose of this evaluation is to determine the defendant's competency to enter a plea of guilty.

Inasmuch as a plea of guilty was entered, and a presentence report ordered, we are respectfully requesting direction from the Court as to whether to proceed with the presentence investigation, or to await further instruction pending the results of the evaluation. This presentence investigation has not yet been assigned to a probation officer; pursuant to Rule 32, with the sentence date as it now stands, the presentence report must be disclosed to both counsel by July 1, 2008.

If we are directed not to proceed, we respectfully request that Your Honor provide us 90 days' notification of the actual sentence date by contacting the undersigned at 805-5158, so that the presentence investigation can be assigned, completed and disclosed to counsel in accordance with Rule 32.

Respectfully submitted,

Geoffrey P. Steele
Supervising U.S. Probation Officer
Ext. 5158

Approved:

Chris A. Palladino
Deputy Chief U.S. Probation Officer
Ext. 5155

Would Your Honor please indicate the course of action to be taken.

Proceed with the investigation_____

Do not proceed until notified by the Court____ ✓_____

Other_____

_____
Date

_____
Honorable PAUL A. CROTTY
U.S. District Judge

cc:    Carrie Heather Cohen
       Assistant U.S. Attorney

       Steven M. Statsinger
       Defense Attorney, Federal Defenders of New York